NANCY K. SWIFT (Arizona Bar No. 014910)
ROBERT P. RUTILA (Arizona Bar No. 019977)
CHRISTOPHER F. MCCARTHY (Arizona Bar No. 023349)
BUCHALTER NEMER, A Professional Corporation
16435 North Scottsdale Road, Suite 440
Scottsdale, Arizona 85254
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
File No. A5586-8742-B

Attorneys for Citi Residential Lending, Inc., a Delaware corporation as loan servicer for Secured Creditor Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-12.

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF MASSACHUSETTS

### WORCESTER DIVISION

| | |
|---|---|
| In re:<br>ERIC T. PEABODY AND RENEE J. PEABODY,<br><br>DEBTORS. | Case No. 08-40116-JBR<br>Chapter 13<br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES IN INTEREST:**

Attorneys for Citi Residential Lending, Inc., a Delaware corporation as loan servicer for Secured Creditor Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-12 by and through its attorneys of record, Buchalter Nemer, A Professional Corporation, hereby requests that all pleadings, court notices, motions, other documents and papers pertaining to the above-captioned case, including all notices required under Bankruptcy Rule 2002 and 9010(b), be served upon the undersigned, its counsel, addressed as follows:

1  BUCHALTER NEMER
   A Professional Corporation
2  Attn: Residential Bankruptcy Group
   16435 North Scottsdale Road Suite 440
3  Scottsdale, AZ 85254

4  Electronic Notice: bkgroup@buchalter.com

5
   DATED: January 28, 2008                BUCHALTER NEMER
6                                         A Professional Corporation

7                                         By: /s/
8                                             Nancy K. Swift, Esq.
                                              Robert P. Rutila, Esq.
9                                             Christopher R. McCarthy, Esq.
                                              Attorneys for Citi Residential Lending, Inc.,
10                                            a Delaware corporation as loan servicer for
                                              Secured Creditor Deutsche Bank National
11                                            Trust Company, as Trustee, in trust for the
                                              registered holders of Ameriquest Mortgage
12                                            Securities Inc., Asset-Backed Pass-
                                              Through Certificates, Series 2003-12.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A5586-8742-B                          2                    Request for Special Notice

# PROOF OF SERVICE

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 16435 NORTH SCOTTSDALE ROAD SUITE 440, SCOTTSDALE, AZ 85254

On  1-29-08 , I served the foregoing documents described as:

**REQUEST FOR SPECIAL NOTICE**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

### ***SEE ATTACHED LIST***

[XX]  **BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Scottsdale, Arizona on  1-29-08 . The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices

[XX]        **Federal**   I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on         1-29-08          at Scottsdale, Arizona.

_Katherine D Velazquez_         _Kath D Vel_
(Print Name)                      (Signature)

Service List
In re Eric T. Peabody and Renee J. Peabody
Case No. 08-40116-JBR

Debtors:
Eric T. Peabody
52 Bradley Avenue
Haverhill, MA 01832

Renee J. Peabody
52 Bradley Avenue
Haverhill, MA 01832

Counsel for Debtor:
Herbert Weinberg
Law Offices Of Herbert Weinberg
805 Turnpike St. Ste. 201
North Andover, MA 01845

Chapter 13 Trustee:
Denise M. Pappalardo
P. O. Box 16607
Worcester, MA 01601

16435 NORTH SCOTTSDALE ROAD, SUITE 440 SCOTTSDALE, AZ 85254
TELEPHONE (480) 383-1800 / FAX (480) 824-9400

# BuchalterNemer
A Professional Law Corporation

| | | |
|---|---|---|
| TO: | U.S. Bankruptcy Court<br>District of Massachusetts, Worcester Division<br>10 Causeway Street<br>Boston, Massachusetts 02222 | |
| FROM: | Evelyne David | |
| DATE: | January 28, 2008 | |
| RE: | <u>In re Eric T. Peabody and Renee J. Peabody</u><br>Bankruptcy Case No. 08-40116-JBR<br>Loan No. 0059852749 | |
| ENCL: | Request For Special Notice | |

| | | | |
|---|---|---|---|
| ___ | Please sign and forward to: | ___ | Please mail enclosure to: |
| ___ | Enclosed for your information | ___ | For your approval and comments |
| ___ | Enclosed pursuant to your request | ___ | Please see me |
| ___ | Please sign and return | ___ | Please telephone me |
| ___ | Please acknowledge receipt | ___ | Calendared for further action |
| XX | Please file/issue original and return conformed copy | | |

Comments: