UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| ) | CASE NO. 08-40116-JBR |
| ERIC T. PEABODY AND ) | |
| RENEE J. PEABODY, ) | |
| DEBTORS ) | |
| ) | |

**DEBTORS' RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

Eric T. Peabody and Renee J. Peabody (the "Debtors") respond to the Chapter 13 Trustee's Motion to Dismiss (the "Motion). In support, the Debtors represent as follows.

1. The Debtors admit the allegations in paragraph 1 of the Motion.

2. The Debtors deny the allegations in paragraph 2 of the Motion.

To the extent that there is still an amount owing, it will be timely cured.

WHEREFORE, Eric T. Peabody and Renee J. Peabody respectfully request that this Court enter an Order:

(1) deny the Chapter 13 Trustee's Motion to Dismiss; and

(2) for such other relief as this court deems meet and just.

        Eric T. Peabody and Renee J. Peabody
        By their attorney,

        /s/ Herbert Weinberg
        Herbert Weinberg (BBO #550415)
        Rosenberg & Weinberg
        805 Turnpike Street
        North Andover, MA 01845
        (978) 683-2479
        hweinberg@jrhwlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| ERIC T. PEABODY AND | ) CASE NO. 08-40116-JBR |
| RENEE J. PEABODY, | ) |
| DEBTORS | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Debtors' Response to the Chapter 13 Trustee's Motion to Dismiss was this day sent, by mailing, first class mail, postage prepaid, or by electronic filing, to those on the attached list.

Signed under the penalties of perjury this 8th day of March 2010

/s/ Herbert Weinberg
Herbert Weinberg (BBO #550415)
Rosenberg & Weinberg
805 Turnpike Street
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com

Mr. & Mrs. Eric T. Peabody
52 Bradley Avenue
Haverhill, MA 018332

Denise M. Pappalardo
Chapter 13 Trustee
11 Pleasant Street, Ste. 200
Worcester, MA 01608

Nancy K. Swift, Esq.
Robert P. Rutila, Esq.
Buchalter Nemer
16435 North Scottsdale Road, Ste 440
Scottsdale, AZ 85254

Alice Whitten, Esq.
Reyna Manjivar, Esq.
AmeriCredit
PO Box 183853
Arlington, TX 76096

Louise R. Forbes
Special Assistant U.S. Attorney
10 Causeway Street
Boston, MA 02222-1061

AHMSI Servicing, Inc.
PO Box 631730
Irving, TX 75063-1730